UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-02994-RAR

In re:

**MEDNAX SERVICES, INC.,
CUSTOMER DATA SECURITY BREACH LITIGATION**

_____/

This Document Relates to All Actions

## ORDER SETTING INITIAL STATUS CONFERENCE

**THIS CAUSE** comes before the Court *sua sponte*. An initial status conference is hereby scheduled for **June 22, 2021 at 10:00 A.M.** One hour has been reserved for the conference; if any party anticipates requiring additional time, it shall advise the Courtroom Deputy in advance. The parties shall submit a joint proposed agenda listing items for discussion on or before **June 16, 2021**. Counsel are expected to familiarize themselves with the procedures applicable to multi-district litigation and be prepared at the initial status conference to suggest measures that will facilitate the expeditious, economical, and just resolution of this litigation.

Each party represented by counsel shall appear at the initial status conference through the attorney who will have primary responsibility for the party's interest in this litigation. To minimize costs and facilitate a manageable initial status conference, parties with similar interests may agree, to the extent practicable, to have an appearing attorney represent their interests at the conference. A party, by designating an attorney to represent the party's interest at the initial status conference, will not be precluded from personally participating or selecting other representation during the course of this litigation, nor will appearance at the initial status conference waive objections to jurisdiction, venue, or service.

The hearing will be conducted via the Zoom videoconferencing platform and can be accessed via the link below using Meeting ID – 161 614 1537 and Passcode – 352166:

https://www.zoomgov.com/j/1616141537?pwd=aHhudG93VXBybmx4bjBHRG9ERGdyQT09.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of June, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**