UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-02994-RAR

In re:

**MEDNAX SERVICES, INC.,
CUSTOMER DATA SECURITY BREACH LITIGATION**

_____/

This Document Relates to All Actions

## ORDER ON LEADERSHIP APPLICATIONS

**THIS CAUSE** came before the Court for a Status Conference [ECF No. 34] regarding case management issues on June 22, 2021. The parties discussed the briefing schedule and procedure for appointment of lead class counsel under Federal Rule of Civil Procedure 23(g)(2). For the reasons stated on the record, and to better manage the orderly progress of the MDL, it is

**ORDERED and ADJUDGED** as follows:

1. If the parties reach an agreement regarding lead class counsel and liaison counsel, they shall file a single motion to appoint lead class counsel and liaison counsel, accompanied by a proposed litigation structure plan, by **July 2, 2021**.

2. If the parties fail to reach an agreement, they shall proceed as follows:

    a. A party seeking to be appointed lead class counsel or liaison counsel shall submit its application **(10 pages maximum)** along with any supporting exhibits by **12:00 p.m. on July 2, 2021** to attorney **Julie Braman Kane** of the law firm Colson Hicks Eidson, who will consolidate all applications to be submitted to the Court that same day. As discussed, although a single filing is preferred, if two proposed leadership groups emerge with competing litigation structure plans, each consolidated leadership application may be filed separately.

      b.      As explained, only *one application per case* is permitted.

      c.      No response memoranda to the consolidated leadership applications are permitted.

3. Following the Court's resolution of this issue and appointment of lead class counsel, the Court will set a status conference to address the filing of a consolidated class action complaint and the progress of the MDL.

4. No discovery is permitted until the consolidated complaint is filed. Any request by Defendants to stay discovery propounded after consolidated pleadings are filed must be made by motion and jointly filed by Defendants wishing to join the motion.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of June, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**