UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:21-md-02994-RAR

In re:

**MEDNAX SERVICES, INC.,
CUSTOMER DATA SECURITY BREACH LITIGATION**
_____/

This Document Relates to All Actions

## NOTICE OF FILING JOINT AGENDA FOR MAY STATUS CONFERENCE

Pursuant to the Court's Paperless Order entered April 15, 2023 (ECF No. 187), Plaintiffs and Defendants (collectively, the "Parties") have conferred regarding an agenda for the status conference that has been scheduled in the above-referenced matter for May 19, 2023. Plaintiffs and Defendants have reached a discovery dispute concerning the production of certain documents and information Plaintiffs contend is in Defendants' possession. If the Court would like to hear argument on this discovery dispute at the May 19, 2023, status conference, the Parties will be prepared to present argument at that time. If the Court would like to hear argument on a different date, the Parties have no items to present to the Court at the May 19, 2023, status conference and will be prepared to argue the discovery dispute on the date set by the Court. For the convenience of the Court, the Parties have summarized the discovery dispute below:

First, Plaintiffs seek production of the mailboxes and OneDrive/SharePoint documents that were potentially exposed to cybercriminals during the Data Breach, including documents containing the PHI of Plaintiffs and putative class members. Plaintiffs maintain that these documents are relevant to issues of the reasonableness of Defendants' actions, harm, and damages, particularly in light of Defendants' defense that Plaintiffs and the class experienced little or no harm based on the type and means of PHI exposed in the Data Breach. Plaintiffs offered a "quick-

peek" and "clawback" in order to balance Plaintiffs' needs with Defendants' concerns. Defendants maintain that production of these documents would be unduly burdensome and is not proportionate to the needs of the case, as it would require the review of the entire contents of over two dozen complete mailboxes. Defendants have already produced detailed breakdowns of all of the data elements that were contained in the underlying source files that were potentially involved in the Cyberattack (broken down by state), as well as the underlying source files that were determined to trigger a notice obligation for all of the named Plaintiffs.

Second, Plaintiffs seek information concerning the net revenues incurred by Mednax as a result of services provided by class members. While Plaintiffs initially requested information about the number of individuals that were receiving services from any entity such that Mednax was in possession of their PHI and was incurring revenue from such services, in an attempt to reach compromise, Plaintiffs have revised their request to seek revenue information for only a random sample of 2,500 putative class members. Plaintiffs maintain that this information is relevant to the issue of damages, including disgorgement. Mednax maintains that this information is irrelevant, would be unduly burdensome (or impossible) to provide, and was not timely requested prior to the close of fact discovery.

Dated: May 15, 2023                     Respectfully submitted,

*/s/Maureen M. Brady*
Maureen M. Brady*
Lucy McShane
MCSHANE & BRADY, LLC
1656 Washington Street, Suite 120
Kansas City, MO 64108
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
E-mail: mbrady@mcshanebradylaw.com
           lmcshane@mcshanebradylaw.com

William B. Federman*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com

*admitted pro hac vice

**CO-LEAD COUNSEL FOR PLAINTIFFS**

*/s/Kristine McAlister Brown*
Kristine McAlister Brown
Florida Bar No.443640
Gavin Reinke
M. Ashley Miller
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
gavin.reinke@alston.com
ashley.miller@alston.com

Martin B. Goldberg
Florida Bar No. 827029
LASH & GOLDBERG LLP
Miami Tower
100 SE 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040
Fax: (305) 347-3050
mgoldberg@lashgoldberg.com

**ATTORNEYS FOR DEFENDANTS MEDNAX SERVICES, INC., MEDNAX INC., PEDIATRIX MEDICAL GROUP, PEDIATRIX MEDICAL GROUP OF KANSAS, P.C.**

/s/Lee E. Bains, Jr.
Lee E. Bains, Jr.
Thomas J. Butler
Starr T. Drum
Caleb C. Wolanek
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Phone: (205) 254-1000
Fax: (205) 254-1999
lbains@maynardcooper.com
tbutler@maynardcooper.com
cwolanek@maynardcooper.com
sdrum@maynardcooper.com

**ATTORNEYS FOR DEFENDANT AMERICAN ANESTHESIOLOGY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: /s/Maureen M. Brady
Maureen M. Brady

4