UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MD-02994-RAR

In re:

**MEDNAX SERVICES, INC.,
CUSTOMER DATA SECURITY BREACH LITIGATION**

_____/

This Document Relates to All Actions

**ORDER GRANTING IN PART DEFENDANTS' EXPEDITED MOTION
TO ENLARGE PAGE LIMITS AND FOR LEAVE TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Defendants' Expedited Motion to Enlarge Page Limits and for Leave to File Under Seal ("Motion"), [ECF No. 243], and Plaintiffs' Response in Opposition to the Motion ("Response"), [ECF No. 245]. Having reviewed the record, the Motion, the Response, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion, [ECF No. 243], is **GRANTED IN PART**.

2. Defendants are authorized to:

   a. Submit a combined response to Plaintiffs' Motion for Class Certification that does not exceed **thirty-five (35) pages**;

   b. Submit a Joint Motion to Exclude the Testimony and Reports of Plaintiffs' Experts that does not exceed **thirty (30) pages**; and

   c. Submit a Joint Statement of Material Facts in support of their forthcoming Motion for Summary Judgment that does not exceed **twenty (20) pages**.

3. Defendants Mednax Inc., Mednax Services, Inc., Pediatrix Medical Group, and Pediatrix Medical Group of Kansas, P.C. are authorized to submit a Motion for Summary Judgment that does not exceed **thirty-five (35) pages**.

4. Defendant American Anesthesiology is authorized to submit a Motion for Summary Judgment that does not exceed **twenty-five (25) pages**.

5. Defendants are authorized, pursuant to Southern District of Florida Local Rule 5.4(b)(1), to file under seal unredacted versions of their response to Plaintiffs' Motion for Class Certification, Motion to Exclude the Testimony and Reports of Plaintiffs' Experts, Motions for Summary Judgment, and Joint Statement of Material Facts and the exhibits to the aforementioned documents. Defendants shall file redacted versions of the above-referenced documents on the public CM/ECF docket.

6. Pursuant to Southern District of Florida Local Rule 5.4(b)(1), the unredacted versions of Defendants' Response to Plaintiffs' Motion for Class Certification, Motion to Exclude the Testimony and Reports of Plaintiffs' Experts, Motions for Summary Judgment, and Joint Statement of Material Facts and the exhibits to the aforementioned documents, shall remain under seal until further order of the Court.

**DONE AND ORDERED** in Miami, Florida, this 21st day of November, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record